NEW YORK FEDERAL COURT

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. Filippo Casamento

2. Related Magistrate Docket Number(s) _____

    None ( )

3. Arrest Date: _____

    FILED
    IN CLERK'S OFFICE
    U.S. DISTRICT COURT E.D.N.Y
    ★ MAR - 6 2008 ★
    BROOKLYN OFFICE

4. Nature of offense(s):  (X) Felony
                          ( ) Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:  Less than 6 weeks  (X)
                               More than 6 weeks  ( )

7. County in which the cause of action arose: Richmond
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

UNITED STATES ATTORNEY

By: _____
    Joey Lipton
    Assistant U.S. Attorney

08 CR 148
FB
SMG

Rev. May 29, 1996